EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: edric.ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 3 2004

at 11 o'clock and 44 min. A.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 04-00132 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [21 U.S.C. §841(a)(1); 21 U.S.C. §841(b)(1)(B); |
| JAMES ELLIOTT, (01) ) | 18 U.S.C. §922(g)(3); and |
| DAVID ELLIOTT, (02) ) | 18 U.S.C. §924(a)(2)] |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about March 3, 2004, in the District of Hawaii, defendant JAMES ELLIOTT, intentionally and knowingly manufactured more than 100 marijuana plants, a Schedule I controlled substance, by cultivating approximately 700 or more marijuana plants.

All in violation of Title 21, United States Code, 21 Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 2

The Grand Jury further charges:

On or about March 3, 2004, in the District of Hawaii, defendant, DAVID ELLIOT, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, firearms, to wit, a Colt, Model AR-15, .223 caliber rifle, serial number SP88674 and a Mauser, bolt action rifle, serial number 33314.

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 924(a)(2).

## COUNT 3

The Grand Jury further charges:

On or about March 3, 2004, in the District of Hawaii, defendant, DAVID ELLIOT, then being an unlawful user of a controlled substance as defined in Title 21, United States Code §802, did knowingly possess in and affecting commerce, ammunition, to wit, 20 rounds of .223 caliber ammunition contained in a 30 round magazine.

//
//

All in violation of Title 18, United States Code, Section 922(g)(3) and Title 18, United States Code, Section 924(a)(2).

DATED: March 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
EDRIC M. CHING
Assistant U.S. Attorney