# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005 4:30 PM
SUE BEITIA, CLERK

**CASE NUMBER:** CR 04-00132JMS

**CASE NAME:** United States of America    vs. (02) David Elliott

**INTERPRETER:**

---

**JUDGE:** JUDGE J. MICHAEL SEABRIGHT    **REPORTER:** SHARON ROSS

**DATE:** 12/22/2005    **TIME:** 2:15:00 PM

**ROOM:** AHA KAULIKE

---

**COURT ACTION:** EO

Continued : [Sentencing to Counts 2 and 3 of the Indictment (02 David Elliott)] from 01/17/2006 02:15 PM to 04/20/2006 02:15 PM before JMS

Notified:  Edric Ching, John Carroll, U S Probation Office
US Marshals, Pretrial Services.


Submitted by: Dottie Miwa, Courtroom Manager