AO 442 (Rev. 5/85) Warrant for Arrest

ORIGINAL

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA
V.

DAVID ELLIOT

**WARRANT FOR ARREST**

CASE NUMBER: 04-222 BMK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DAVID ELLIOT
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Unlawful Drug User in Possession of Firearm

in violation of Title 18 United States Code, Section(s) 922(g)(3)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Date and Location

(By) Deputy Clerk

Bail fixed at $ To Be Determined by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |