EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2004

at ___ o'clock and ___ min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO.  04-222 BMK |
| Plaintiff, | **MOTION TO DETAIN DEFENDANT WITHOUT BAIL** |
| vs. | |
| DAVID ELLIOT, | |
| Defendant. | |

**MOTION TO DETAIN DEFENDANT WITHOUT BAIL**

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

   1.  **Eligibility Of Case.**  This Defendant is eligible for detention because the case involves (check all that apply):

   _____  a.  Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

    ____ b.    Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____ e.    Crime of violence (3142(f)(1)(A))

    ____ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    ____ g.    10+ year drug offense (3142(f)(1)(C))

    ____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    _X_ i.    Serious risk Defendant will flee (3142(f)(2)(A))

    _X_ j.    Danger to other person or community **

    ____ k.    Serious risk obstruction of justice (3142(f)(2)(B))

    ____ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally
\*\* requires "a", "b", "c", or "d" additionally

2. **Reason For Detention.** The Court should detain Defendant (check all that apply):

    _X_ a.    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

    __X__ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    ____ c.    Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3. **Rebuttable Presumption.** The United States will not invoke the rebuttable presumption against Defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

    ____ a.    Probable cause to believe Defendant committed 10+ year drug offense

    ____ b.    Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

    ____ c.    Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests that the Court conduct the Detention Hearing:

    ____ a.    At first appearance

    __X__ b.    After continuance of 3 days (not more than 3 days)

5. **Rule 40 Cases.** The United States requests that the Detention Hearing be held:

    ____ a.    In the District of Hawaii

    ____ b.    In the District where charges were filed

6.  **Other Matters**.  None at this time.

DATED: March 15, 2004, at Honolulu, Hawaii.

                                    EDWARD H. KUBO, JR.
                                    United States Attorney
                                    District of Hawaii

By  _____
                                    EDRIC M. CHING
                                    Assistant U.S. Attorney