# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   MA 04-0222 BMK

CASE NAME:     USA vs. DAVID ELIIOT

ATTYS FOR PLA: Edric Ching

ATTYS FOR DEFT: Michael Ostendorp

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:   C6F CD 3

DATE:    March 15, 2004            TIME:       3:05-3:06

---

COURT ACTION:  EP Initial Appearance

Deft present in custody;

Deft sworn to financial affidavit; Deft's request for Court apptd counsel - GRANTED; Atty Michael Ostendorp appointed as CJA Counsel;

Detention hearing set for: 3/18/04 @ 11:00 a.m. BMK
Preliminary Hearing: 3/30/04 @ 10:00 a.m. KSC

Deft remanded to custody.

Submitted by: Gary Santos, Courtroom Manager

