CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: US v.s. David Eliott
FOR AT: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAR 1 5 2004 ___ o'clock and ___ min. WALTER A.Y.H. CHINN, CLERK

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): David L. Eliott

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☒ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-222 BMK
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Unlawful User in Possession of Firearm
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: Self-employed teach martial arts
IF YES, how much do you earn per month? $ Hawaiian Solar
IF NO, give month and year of last employment. How much did you earn per month? $ Plumbing
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ 2400   SOURCES: Hawaiian Solar Plumbing

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 10K   DESCRIPTION: 98 Chevy Sierra 4WD
VALUE: 2K    DESCRIPTION: Stock posted as bail

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: my monthly expenditure was as much as my monthly income
Basically I am broke every month

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): March 15, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ [signature]

5