AO 70 (8/85) Order of Temporary Detention

# United States District Court
## District of Hawaii

United States of America

v.

DAVID ELLIOT

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case No: MAG. NO. 04-222 BMK

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _March 18, 2004_ * at _11:00 a.m._
                                                       Date                                Time

before Barry M. Kurren, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: March 15, 2004

_____
Judicial Officer

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2004

at ____ o'clock and ____ min. ____
WALTER A. Y. H. CHINN, CLERK

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

