AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _HAWAII_____

UNITED STATES OF AMERICA
V.

DAVID ELLIOT

## WARRANT FOR ARREST

CASE NUMBER: 04-222 BMK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DAVID ELLIOT___
                                         Name

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 16 2004

at __1__ o'clock and __35__ min. __P__M
WALTER A. Y. H. CHINN, CLERK

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) __Unlawful Drug User in Possession of Firearm__

RECEIVED
2004 MAR 10 PM 4:10
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title __18__ United States Code, Section(s) __922(g)(3)__

Name of Issuing Officer                                    Title of Issuing Officer

_[signature]_
Signature of Issuing Officer                               Date and Location

(By) Deputy Clerk

Bail fixed at $ __To Be Determined__                   by __[signature]__
                                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __300 Ala Moana__
__Fwd__

| DATE RECEIVED 3/15/04 | NAME AND TITLE OF ARRESTING OFFICER Charles Pang, S/A | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 3/15/04 | | |