# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/18/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MA 04-0222 BMK

CASE NAME:        USA vs. DAVID ELLIOT

ATTYS FOR PLA:    Edric Ching, AUSA

ATTYS FOR DEFT:   Michael Ostendorp

INTERPRETER:

---

JUDGE:   Barry M. Kurren          REPORTER:   C6F CD 3

DATE:    March 18, 2004           TIME:       11:13 - 11:17

---

COURT ACTION:  EP Detention Hearing

Deft present in custody;

Motion to Detain - DENIED

Deft ordered release on a $25,000.00 UNSECURED bond, co-signed by **Tim Elliot (brother), 68-1947 Lina-Poepoe Street, Waikola, HI 96738. Telephone: (808) 883-9903 or (808) 960-2956.**

**The Court authorizes the U.S. District Clerk's Office to forward the bail papers to the third party by fax, mail, or other means of delivery where attestation may be administered by notary public. The defendant is released forthwith prior to the signature of the third party. The third party must co-sign the unsecured bond and return the bail papers to the U.S. District Clerk's Office no later than: April 1, 2004.**

Under the following conditions:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g1)  Surrender any passport and all travel documents to the U.S. District Court Clerk's Office. Do not apply for/obtain a passport. Surrender no later than **March 25, 2004 by 3:00 p.m.**