(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7j)  Maintain residence with/at: **<u>Alva Rae Elliot (mother), at 75-1057 Nanikapuna Place, Kealakekua, HI, and do not move without the prio approval of Pretrial Services.</u>**

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u)  Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  Submit to drug detection testing as approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by: Gary Santos, Courtroom Manager

G:\docs\gary\ELLIOT, David 3-18-04.wpd