# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 04-00132JMS-02 |
| CASE NAME: | United States of America vs. David Elliott |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | John S. Carroll |
| U.S.P.O: | Neal Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 4/20/2006 | TIME: | 2:20 - 2:55 |

COURT ACTION:  Sentencing to Counts 2 & 3 of the Indictment:

Defendant present with counsel John Carroll.

DVD viewed by Court.

Mr. Carroll to file brief on whether 18 U.S.C. 921(a)(30) applies in this case.

Mr. Ching to respond by May 5, 2006.

Sentencing continued to Friday, May 19,2006 at 9:30 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager