

ORIGINAL

JOHN S. CARROLL #0649
345 Queen St., Suite 607
Honolulu, Hawaii  96813
Telephone:  (808) 526-9111
Facsimile:  (808) 545-3800

Attorney for Defendant
DAVID ELLIOTT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at _____ o'clock and _____ min. _____
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 04-00132 DAE ) |
| | ) |
| Plaintiff, | ) DECLARATION OF JOHN S. ) CARROLL; EXHIBIT "A"; |
| vs. | ) CERTIFICATE OF SERVICE ) |
| DAVID ELLIOTT, | ) ) |
| Defendant. | ) ) ) ) ) |

## DECLARATION OF JOHN S. CARROLL

I, John S. Carroll, hereby declare under penalty of perjury as follows:

1. I have personal knowledge of and am competent to testify to the matters set forth herein unless stated otherwise.

2.   I am duly licensed to practice law in the State of Hawaii and am the attorney for Defendant David Elliott in the above-captioned case.

3.   On or about April 28, 2006 DEA SA Randy Wagner requested Officer W. Mitsunaga to contact Gregory Wolfe. A report with respect to his findings of the inquiry was provided to our office by Darren W. K. Ching. A true and correct copy of said report is attached hereto as Exhibit A.

I, JOHN S. CARROLL, declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii   15 May 2006

_____
JOHN S. CARROLL

UNITED STATES v. DAVID ELLIOTT; CR. NO. 04-00132 DAE;
**Declaration of John S. Carroll**