HAWAII POLICE DEPARTMENT    03-03-04                              H-82818
KONA-VICE                   Ofcr. W. MITSUNAGA                    KN
                                                                  COMM PROM

Page 1 of 2 pages


## ASSIGNMENT

On 04-28-06 I was contacted by DEA SA Randy WAGNER who requested that I contact Gregory WOLF at telephone number 334-0122 relative to him being a witness in this case.


## WOLFE CONTACTED

On 04-30-06 at 1100 hrs. At his residence I contacted:

Gregory Scott WOLFE, M-57
DOB: 12-01-48
SSN: 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
77-6502 Leialoha St.
Kailua-Kona, HI.
Res. Ph.: 334-0122
Retired/Disabled

Who related that he wrote a letter to John CARROL, who is the attorney for David ELLIOTT. That because he and David have known each other for a very long time and he had witnessed the transaction, when Brian KELLY gave the guns to David as collateral for some money that Brian owed David.

WOLFE went on to say that CARROL contacted him earlier this week for more information and requested that he sign an affidavit relative to his statement. Further that he still has not signed the affidavit.

WOLFE said that he used to live with Brian KELLY during 1987 through 1996 in a residence owned by Tommy DURTE in the Keauhou Mauka area. And he also worked for Brain cleaning vents/filters for various restaurants.

WOLFE said that he met both David and James ELLIOTT through the cleaning business, that they all worked for KELLY.

WOLFE related that KELLY did not always pay his debts. WOLFE said that in April or May of 1996 he and Brian were in the processes of moving out of the DUARTE residence. That it was during this time that he remembers being in the house and David ELLIOTT was waiting in the living room and Brian had gone to his room and was getting some guns from under his bed.


EXHIBIT A

000000144

HAWAII POLICE DEPARTMENT    03-03-04                H-82818
KONA-VICE                   Ofcr. W. MITSUNAGA           KN
                                                  COMM PROM

Page 2 of 2 pages

    That Brian's room was across from his with the living room in between. That Brian handed David three handguns. WOLFE said that he could not describe the handguns because he doesn't like guns and was not paying close attention to the guns.
    WOLFE went on to say that Brian gave these guns to David as collateral until Brian could pay David about $1800.00 that Brian owed David. WOLFE felt that because Brian loves his guns and David also knew this, to show good faith Brian gave David the guns to hold.
    WOLFE also related that he helps David at David's DOJO about three times a week.
    Further that he has not seen or talked to Brian KELLY for a long time. He has heard that KELLY works for a tree trimming company and does not know where KELLY is living, only that KELLY'S wife Nadine works at BOARDERS book store.

CLOSED: ARRESTED AND CHARGED

APPROVED                         Wayne T. MITSUNAGA 185489/278
                                 PO          VICE          KN
                                 04-30-06                  1545 hrs.

000000145