IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 04-00132 DAE |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| DAVID ELLIOTT, ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly served upon the following parties at their last known address by U. S. Mail, postage prepaid on this date:

    DARREN W. K. CHING
    Assistant U.S. Attorney
    PJKK Federal Building
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii  96813

    Attorney for Plaintiff
    UNITED STATES OF AMERICA

NEIL W. TSUKAYAMA
U.S. Probation Officer
U.S. Courthouse
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96813

DATED: Honolulu, Hawaii, May 16, 2006.

_____
JOHN S. CARROLL

Attorney for Defendant
DAVID ELLIOTT