ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2007

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CRIMINAL NO. CR 04-00132JMS-02 |
| ) | |
| DAVID ELLIOTT ) | |
| _____) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named defendant has requested that he be permitted to leave the jurisdiction of the United States and travel to Thailand, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named defendant be permitted to leave the jurisdiction of the United States and to travel to Thailand, provided that the defendant receive prior approval from the Probation Office and the defendant's stay in Thailand does not extend beyond thirty (30) days.

Dated: July 3rd, 2007 at Honolulu, Hawaii.

_____
J. MICHAEL SEABRIGHT
U.S. District Judge