IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-00132-02 DAE |
| | ) | |
| Plaintiff(s), | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | ) | |
| vs. | ) | |
| | ) | MAY 0 5 2005 |
| David Leon Elliott, | ) | |
| | ) | at _10_ o'clock and _05_ min. A M. |
| Defendant(s). | ) | WALTER A.Y.H. CHINN, CLERK |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Leslie E. Kobayashi United States Magistrate Judge in the above-entitled case, Passport Number 120885742 issued at Honolulu Passport Agency, on March 10, 2003 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 5, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    Jan. 02, 1962

    Place of Birth:    Florida, U. S. A.

Dated at Honolulu, Hawaii on May 5, 2005.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 8 2007

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

WALTER A.Y.H. CHINN, Clerk

By: _____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 7/18/07      Signature: _____
                                                      Owner of Passport

for David Elliott