EDWARD H. KUBO, JR. 2499  
United States Attorney  
District of Hawaii

EDRIC M. CHING  6697  
Assistant U.S. Attorney  
Att: Financial Litigation Unit  
Rm 6-100, PJKK Federal Building  
300 Ala Moana Boulevard  
Honolulu, HI 96850-6100  
Telephone:  541-2850  
Facsimile:  541-3752  
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00132-002 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID ELLIOTT, | ) | |
| | ) | |
| Defendant. | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on May 19, 2006, a Judgment In A Criminal Case was entered against David Elliott, (SSN: XXX-XX-9936) in the U.S. District Court, District of Hawaii, ordering payment of special assessment of $200.00 and a fine of $6,000.00.

   A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism And Effective Death Penalty Act Of 1996 was recorded on June 19, 2006 at the Bureau of Conveyances, State of Hawaii, Document No. 2006-112178.

   The special assessment and fine amounts have been fully satisfied.

   DATED: <u>April 10, 2008</u>, at Honolulu, Hawaii.

           EDWARD H. KUBO, JR.
           United States Attorney
           District of Hawaii

           /s/ Edric M. Ching
         By: _____
           EDRIC M. CHING
           Assistant U.S. Attorney

          Attorneys for Plaintiff