Prob 35
(1/92)

**ORIGINAL**

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

**United States District Court**
**FOR THE**

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2008

at __ o'clock and 50 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                      Criminal No. CR 04-00132JMS-02

DAVID ELLIOTT

On 12/15/2006, the above named was placed on supervised release for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release at this time, having served 17 months of supervision.

Respectfully submitted,

_____
MARK T. NUGENT
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of May, 2008.

_____
J. MICHAEL SEABRIGHT
U.S. District Judge